IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | 1:20 CR 570 |
| v. ) | CASE NO. _____ |
| ) | Title 21, United States Code, |
| DAWUAN L. WILLIAMS, ) | Sections 841(a)(1), (b)(1)(A) and |
| ERWIN D. OWENS, ) | 846 |
| ) | |
| Defendants. ) | |

JUDGE NUGENT

COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Phencyclidine ("PCP"),
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about May 26, 2020 to on or about May 29, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DAWUAN L. WILLIAMS, ERWIN D. OWENS, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute and distribute 1 kilogram or more of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Distribution of Phencyclidine ("PCP"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about May 26, 2020, in the Northern District of Ohio, Defendant ERWIN

D. OWENS did knowingly and intentionally distribute approximately 3,000.9 grams of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Distribution of Phencyclidine ("PCP"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about May 26, 2020, in the Northern District of Ohio, Defendant ERWIN D. OWENS did knowingly and intentionally distribute approximately 3,115.8 grams of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 4
(Distribution of Phencyclidine ("PCP"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

4. On or about May 26, 2020, in the Northern District of Ohio, Defendant ERWIN D. OWENS did knowingly and intentionally distribute approximately 3,409.5 grams of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DAWUAN L. WILLIAMS and ERWIN D. OWENS shall forfeit to the United States any and all property constituting or derived from any proceeds they each obtained directly or indirectly as a

result of such violations and any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.