FILED

AUG 1 1 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | CASE NO. 1:20-CR-570 |
| | ) | Title 21, United States Code, |
| DAWUAN L. WILLIAMS, | ) | Sections 841(a)(1), (b)(1)(A) |
| ERWIN D. OWENS, | ) | and 846 |
| NATHAN STEWART, | ) | |
| | ) | |
| Defendants. | | |

### COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Phencyclidine ("PCP"),
21 U.S.C. § 846)

The Grand Jury charges:

1.     From on or about May 26, 2020 to on or about May 29, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DAWUAN L. WILLIAMS, ERWIN D. OWENS, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute and distribute 1 kilogram or more of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Distribution of Phencyclidine ("PCP"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about May 26, 2020, in the Northern District of Ohio, Defendant ERWIN D. OWENS did knowingly and intentionally distribute approximately 3,000.9 grams of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Distribution of Phencyclidine ("PCP"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about May 26, 2020, in the Northern District of Ohio, Defendant ERWIN D. OWENS did knowingly and intentionally distribute approximately 3,115.8 grams of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4
(Distribution of Phencyclidine ("PCP"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

4. On or about May 26, 2020, in the Northern District of Ohio, Defendant ERWIN D. OWENS did knowingly and intentionally distribute approximately 3,409.5 grams of a mixture and substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 5
(Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury further charges:

5. From on or about February 2, 2021 to on or about March 4, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant NATHAN STEWART, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 6
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

6. On or about March 4, 2021, in the Northern District of Ohio, Defendant NATHAN STEWART did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## FORFEITURE

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 6 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DAWUAN L. WILLIAMS, ERWIN D. OWENS, and NATHAN STEWART shall forfeit to the United States any and all property used or

intended to be used in any manner or part to commit or to facilitate the commission of such violations; including, but not limited to, the following: Glock 26 9mm pistol (S/N HDMX708), loaded with 15 rounds of ammunition.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.